**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01898-CMA-KMT

PLEXUS CAPITAL, LLC, a Colorado limited liability company, and
PLEXUS ADVISORS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

DONALD G. SKIPPER, an individual,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file. Based on my past professional relationship with plaintiff's counsel, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: August __10__, 2010

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge