IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01898-RPM

PLEXUS CAPITAL, LLC, and
PLEXUS ADVISORS, LLC,

    Plaintiffs,

v.

DONALD G. SKIPPER,

    Defendant.

_____

ORDER STAYING ORDER TO SHOW CAUSE
_____

Pursuant to the Notice of Settlement and Request for Stay of Court's August 12, 2010 Order to Show Cause [5] filed on August 16, 2010, it is

ORDERED that the deadline for plaintiffs' response to the Order to Show Cause is extended to and including August 30, 2010.

    DATED:    August 16th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge