IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01898-RPM

PLEXUS CAPITAL, LLC, and
PLEXUS ADVISORS, LLC,

    Plaintiffs,

v.

DONALD G. SKIPPER,

    Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION
_____

    Pursuant to the Notice of Dismissal [7] filed on August 23, 2010, it is

    ORDERED that the Order to Show Cause entered by this Court on August 12, 2010, is discharged and it is

    FURTHER ORDERED that this action is dismissed with prejudice.

    DATED:    August 23rd, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior Judge